1  EILEEN M. DECKER
   United States Attorney
2  LAWRENCE S. MIDDLETON
   Assistant United States Attorney
3  Chief, Criminal Division
   STEVEN R. WELK
4  Assistant United States Attorney
   Chief, Asset Forfeiture
5  FRANK D. KORTUM
   Assistant United States Attorney
6  Asset Forfeiture Section
   California Bar No. 110984
7        United States Courthouse
         312 North Spring Street, 14th Floor
8        Los Angeles, California 90012
         Telephone:  (213) 894-5710
9        Facsimile:  (213) 894-7177
         E-Mail:  Frank.Kortum@usdoj.gov
10

11  Attorneys for Plaintiff
    UNITED STATES OF AMERICA
12

13             UNITED STATES DISTRICT COURT

14         FOR THE CENTRAL DISTRICT OF CALIFORNIA

15                  WESTERN DIVISION

16  UNITED STATES OF AMERICA,          ) No.: CV 15-07063-SVW(ASx)
                                        )
17            Plaintiff,                ) [PROPOSED]
                                        )
18       vs.                           ) CONSENT JUDGMENT
                                        )
19  $154,399.30 IN U.S. CURRENCY       )
    AND $33,149.63 IN BANK OF          )
20  AMERICA ACCOUNT FUNDS,             )
                                        )
21        Defendants.                   )
                                        )
22  _____  )
    CONG SHEN,                          )
23                                      )
              Claimant.                 )
24                                      )
                                        )
25                                      )
                                        )
26  _____  )

27

28

FILED
CLERK U.S. DISTRICT COURT
MAR 2 2 2016
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

1    Plaintiff United States of America ("the government") and
2    Claimant Cong Shen ("Claimant") have entered into a stipulated
3    request for the entry of this consent judgment of forfeiture
4    resolving all interests Claimant may have had in the defendants
5    $154,399.30 in U.S. Currency and $33,149.63 ("defendant
6    assets").  This civil forfeiture action was commenced on
7    September 8, 2015.  Notice was given and published according to
8    law.  On March 9, 2016, Claimant filed a claim to the defendant
9    assets.  Dkt. 18.  No other claims or answers were filed, and
10   the time for filing claims and answers has expired.

11      The government and Claimant have entered into a stipulated
12   request for the entry of this consent judgment of forfeiture
13   resolving all claims concerning the defendant assets.

14      The Court has been duly advised of and has considered the
15   matter.  Based upon the mutual consent of the parties hereto and
16   good cause appearing therefor, the Court hereby ORDERS, ADJUDGES
17   AND DECREES that (A) $184,549.93 of the combined defendant
18   assets plus all interest on the entire accrued amount since
19   seizure is forfeited to the United States of America; and (B)
20   $3,000.00 of the defendant assets shall be returned to Claimant.
21   The parties agree that no interest (actual or implied) shall be
22   paid on the funds to be returned to Claimant.

23      The United States of America and its agencies, agents, and
24   officers (including employees and agents of the Federal Bureau
25   of Investigation), have been released by Claimant from any and
26   all claims, actions or liabilities arising out of or related to
27   the seizure and retention of the defendant currency and/or this
28   civil forfeiture action, including, without limitation, any

1 claim for attorneys' fees, costs or interest which may be

2 asserted on behalf of Claimant against the United States,

3 whether pursuant to 28 U.S.C. § 2465 or otherwise.

4     The Court finds that there was reasonable cause for the

5 seizure of the defendant assets and the institution of this

6 action.  This consent judgment shall be construed as a

7 certificate of reasonable cause pursuant to 28 U.S.C. § 2465.

8     Each of the parties shall bear its own fees and costs in

9 connection with the seizure, retention and return of the

10 defendant assets.

11 DATED: _____, 2016     _____

12                            UNITED STATES DISTRICT JUDGE

13 Presented by:

14

15 EILEEN M. DECKER
16 United States Attorney
LAWRENCE S. MIDDLETON
17 Assistant United States Attorney
Chief, Criminal Division
18 STEVEN R. WELK
Assistant United States Attorney
19 Chief, Asset Forfeiture Section

20

21

22    /s/
   _____
FRANK D. KORTUM
23 Assistant United States Attorney

24 Attorney for Plaintiff
UNITED STATES OF AMERICA
25

26

27

28

3